AUSA Chris Blanton

# United States District Court

**FILED**
February 19, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____AE_____
DEPUTY

__Western__ District of __Texas__

UNITED STATES OF AMERICA
V.
CARDOZA-Zuniga, Adan
a.k.a. CARDOZO-Zuniga, Adan

**CRIMINAL COMPLAINT**

CASE NUMBER: W26-36M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about February 19, 2026 in McLennan County, in the Western District of Texas, defendant Adan CARDOZA-Zuniga, an alien, was found in the United States in Waco, Texas after being previously removed from the United States to Mexico on or about May 10, 2013, at Brownsville, Texas, and that the defendant had not received the consent of the Attorney General of the United States or, her successor, the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a). I further state that I am a Deportation Officer (DO) with U.S. Immigration and Customs Enforcement (ICE), and that this complaint is based on the following facts:

On or about February 19, 2026, defendant CARDOZA was encountered by the ICE Enforcement and Removal Operations (ERO) Waco Fugitive Operations Team during an execution of a search warrant at his residence located at 1621 Holly Vista St, Waco, Texas. After CARDOZA was removed from his residence by local law enforcement officers, ICE ERO officers approached CARDOZA, identified themselves as ICE officers, and CARDOZA identified himself verbally. Records checks were conducted, and the ICE Enforce Alien Removal Module system established that CARDOZA was most recently removed from the United States to Mexico on or about May 10, 2013, at Brownsville, Texas. CARDOZA was administratively arrested for violation of the Immigration and Nationality Act.

CARDOZA illegally entered the United States on a date after May 10, 2013, the date of his last removal, and on a date prior to February 19, 2026, when he was encountered in Waco, Texas. CARDOZA's unlawful and illegal reentry into the United States was made without having obtained permission from the Attorney General of the United States or, her successor, the Secretary of the Department of Homeland Security to reapply for admission.

Continued on the attached sheet and made a part hereof:  ☐ Yes  ■ No

Robert K. Robles
Deportation Officer
_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

February 19, 2026                    at    Waco, Texas
Date                                         City and State

Dan MacLemore
U.S. Magistrate Judge                       /s/ Dan L. MacLemore
Name and Title of Judicial Officer          Signature of Judicial Officer