AO 442 (Rev. 12/85) Warrant for Arrest

AUSA Chris Blanton

# United States District Court

Western  **DISTRICT OF**  Texas

UNITED STATES OF AMERICA
V.
**CARDOZA-Zuniga, Adan**
a.k.a. CARDOZO-Zuniga, Adan

**WARRANT FOR ARREST**

CASE NUMBER: **W26-36M**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **CARDOZA-Zuniga, Adan**
                                      **a.k.a. CARDOZO-Zuniga, Adan**

*Name*

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with *(Brief description of offense)*

Illegal reentry of an alien who has been deported from the United States

In violation of Title   8   United States Code, Section(s)   1326(a)

Dan MacLemore
*Name of Issuing Officer*

United States Magistrate Judge
*Title of Issuing Officer*

*(signature)* Dan L. MacLemore
*Signature of Issuing Officer*

February 19, 2026   Waco, Texas
*Date and Location*

Bail fixed at $ **NO BOND**   By   *(signature)* Dan L. MacLemore
*Name of Judicial Officer*

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |