AO 442 (Rev. 12/85) Warrant for Arrest

AUSA Chris Blanton

# United States District Court

FIN# 9217911

**FILED**
February 24, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: lad
DEPUTY

Western DISTRICT OF Texas

UNITED STATES OF AMERICA
V.
**CARDOZA-Zuniga, Adan**
a.k.a. CARDOZO-Zuniga, Adan

**WARRANT FOR ARREST**

CASE NUMBER: **W26-36M**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    CARDOZA-Zuniga, Adan
a.k.a. CARDOZO-Zuniga, Adan

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (Brief description of offense)

Illegal reentry of an alien who has been deported from the United States

In violation of Title    8    United States Code, Section(s)    1326(a)

Dan MacLemore
Name of Issuing Officer

*Dan L. MacLemore* (signature)
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

February 19, 2026    Waco, Texas
Date and Location

Bail fixed at $    **NO BOND**    By    *Dan L. MacLemore* (signature)
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at    Waco, TX

| DATE RECEIVED | 2/19/26 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE OF ARREST | 2/19/26 | Joe Bays, DUSM | *Joe Bays* |

For: Waco, TX ICE
Robert Robles